IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00705–JLK–KMT

VENETTA FLORES ZAVALA,

    Plaintiff,

v.

THE PROWERS COUNTY SHERIFF'S OFFICE,
THE PROWERS COUNTY BOARD OF COUNTY COMMISSIONERS, and
ROGER REECE SPADY,

    Defendants.

## ORDER SETTING EARLY NEUTRAL EVALUATION

    An early neutral evaluation is hereby scheduled in this case for **April 11, 2013** in Courtroom C-201, Second Floor of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. The conference will begin at **1:30 p.m.** and is set for one hour.

    The parties, through their respective counsel, are each directed to prepare a <u>Confidential</u> Position Statement, not to exceed <u>fifteen</u> pages, and submit the same by <u>email only</u> to Magistrate Judge Tafoya no later than **April 4, 2013**. The Confidential Position Statement should contain the following information:

    1.    A summary of the evidence, including:

        a.    a *numbered list* of the known significant disputed issues of fact; and

        b.    a *numbered list* of the known significant disputed legal issues.

    2.    A candid assessment of the case from the presenter's point of view.

    3.    Remarks toward any perceived weaknesses in the case.

    4.      An *accurate and complete* history of settlement negotiations, including dates, if known, and amounts of demands and offers.

    5.      A computation of damages, including the theory of calculation and any legal limitations on damages, and a demand or offer each client will accept or pay in settlement *(including any essential non-economic terms)*.

    6.      Any observations or additional information which would be helpful to Magistrate Judge Tafoya in assisting the parties to negotiate a settlement.

The document is to be **emailed to Magistrate Judge Tafoya** (not submitted for filing to the court) at *Tafoya_Chambers@cod.uscourts.gov*, in accordance with the electronic filing procedures of this court.

Dated this 14th day of March, 2013.

              **BY THE COURT:**

              *[signature]*

              Kathleen M. Tafoya
              United States Magistrate Judge