IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-0705-JLK-KMT

VENETTA FLORES ZAVALA,

      Plaintiff,

v.

THE PROWERS COUNTY SHERIFF'S OFFICE;
PROWERS COUNTY JAIL;
ROGER REECE SPADY, Detention Officer;

      Defendants.

---

**ORDER DISMISSING DEFENDANT ROGER REECE SPADY,
WITH PREJUDICE, FROM THIS MATTER**

---

The Court, upon receipt and review of the Unopposed Motion to Dismiss WITH prejudice Defendant Roger Reece Spady from this matter, with each party to be responsible for his, her and its own costs and fees, including attorney fees, Doc. 40, being fully advised and on review of the file for this case hereby GRANTS the Unopposed Motion to Dismiss WITH prejudice Defendant Roger Reece Spady, with each party to bear his, her or its own costs and fees, including attorney fees, in every regard.

DATED:      May 7, 2013

                                      BY THE COURT:

                                      */s/John L. Kane*
                                      United States District Judge