IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00705-JLK-KMT

VENETTA FLORES ZAVALA,

    Plaintiff,

v.

THE PROWERS COUNTY SHERIFF'S OFFICE, and
THE PROWERS COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendants.

_____

**ORDER OF DISMISSAL, WITH PREJUDICE**
_____

    THE COURT, having reviewed the Stipulated Motion to Dismiss, with Prejudice, Doc. 44, filed by the parties, having reviewed the file, and being fully advised,

    DOES HEREBY ORDER this matter is dismissed, with prejudice, with each party to pay her/its own costs and fees.

DATED:   May 16, 2013

BY THE COURT:
/s/John L. Kane
U.S. Senior District Court